IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
             Plaintiff,       )        8:00CR205
                              )
     v.                       )
                              )
STEVEN BROWN, JR.,            )        ORDER
                              )
             Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue disposition hearing (Filing No. 76).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the hearing on the petition for offender under supervision (Filing No. 60) sentencing is rescheduled for:

**Friday, November 18, 2011, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 24th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court